In the Matter of NEW YORK STATE LABOR RELATIONS BOARD, Petitioner, against TOFFENETTI RESTAURANT COMPANY, INC., Respondent. In the Matter of THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK STATE LABOR RELATIONS BOARD, Respondent, against TOFFENETTI RESTAURANT COMPANY, INC., et al., Appellants.— Order unanimously affirmed, with twenty dollars costs

and disbursements to the respondent, New York State Labor Relations Board. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *post*, p. 869.]